AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ALISON FORDYCE,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO. 2:13-CV-692**
**MANRAJ S. BATH, d/b/a**     **JUDGE EDMUND A. SARGUS, JR.**
**PICKERINGTON MANOR, et al.,**     **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

       **Defendants.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the OPINION AND ORDER filed May 6, 2014, JUDGMENT is hereby entered against Defendant Montgomery Lynch & Associates, Inc. in the amount of $12,453.**

Date: May 6, 2014                 JOHN P. HEHMAN, CLERK

                                */S/ Andy F. Quisumbing*
                                (By) Andy F. Quisumbing
                                Courtroom Deputy Clerk